IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02142-MSK-MEH

HARLEY-DAVIDSON FINANCIAL SERVICES,

    Plaintiff,

v.

WILLIAM R. PARROTT,

    Defendant/Third-Party Plaintiff,

v.

CARDIF LIFE INSURANCE COMPANY,

    Third-Party Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2010.**

    Third Party Defendant's Unopposed Motion for Reconsideration Regarding Motion to Reset Mediation and Extend Discovery Cutoff [filed December 28, 2010; docket #26] is **granted in part and denied in part**. For good cause shown, the Scheduling Order shall be amended as follows:

Discovery cutoff:    March 18, 2011

All other deadlines and conference dates shall remain the same.

    The Settlement Conference currently scheduled for January 20, 2011 is **vacated**. On or before January 5, 2011, the parties shall conference together and call my Chambers at (303) 844-4507 to obtain an alternative date for the conference.