IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02142-MSK-MEH

HARLEY-DAVIDSON FINANCIAL SERVICES,

    Plaintiff,

v.

WILLIAM R. PARROTT,

    Defendant/Third-Party Plaintiff,

v.

CARDIF LIFE INSURANCE COMPANY,

    Third-Party Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 19, 2011.**

    Defendant/Third Party Plaintiff's Objection to Plaintiff's Request for Entry Upon Land for Inspection and Photography and Motion for Protective Order [filed January 14, 2011; docket #37] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 26(c)(1), D.C. Colo. LCivR 7.1A, and D.C. Colo. LCivR 7.1C (concerning legal authority).